# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

United States Magistrate Court
DSO-SDTX
FILED

MAR 26 2014 28

David J. Bradley, Clerk
Laredo Division

UNITED STATES OF AMERICA

                    Plaintiff

v.

                                      Case No.  5:14-PO-3483-1
                                      Magistrate Judge Diana Song Quiroga

Jose Hernandez

                    Defendant

---

## JUDGMENT

On **March 26, 2014,** the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally, in violation of 8 U.S.C. §1325(a)(1), as charged in the Criminal Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 160 days confinement, with a special condition not to return to the U.S. illegally or commit any other violation of federal and/or state laws.

**A $10.00 special assessment is imposed.**

DONE at Laredo, Texas, on **March 26, 2014.**

**DIANA SONG QUIROGA**
**UNITED STATES MAGISTRATE JUDGE**