UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

UNITED STATES OF AMERICA

Plaintiff

v.

Case No. 5:14-PO-3483-1
Magistrate Judge Diana Song Quiroga

Jose Hernandez

United States District Court
Southern District of Texas
FILED

APR 2 5 2014

David J. Bradley, Clerk
Laredo Division

Defendant

## JUDGMENT

On **March 26, 2014**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally, in violation of 8 U.S.C. §1325(a)(1), as charged in the Criminal Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 160 days confinement, with a special condition not to return to the U.S. illegally or commit any other violation of federal and/or state laws.

A $10.00 special assessment is imposed.

DONE at Laredo, Texas, on **March 26, 2014**.

DEFENDANT DELIVERED ON 4-11-14
TO BSCC BIG SPRING, TEXAS BY AIRLIFT,
BUS, USM, SELF COMMITTMENT.

_____ WARDEN
_____, LIE

DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE